**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert Bernard Campbell, Appellant.

Appellate Case No. 2016-002457

———————

Appeal From Greenville County
R. Keith Kelly, Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-332
Submitted September 1, 2019 – Filed October 9, 2019

———————

**AFFIRMED**

———————

Appellate Defender Joanna Katherine Delany, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Mark Reynolds Farthing, both of
Columbia; and Solicitor William Walter Wilkins, III, of
Greenville, all for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Slocumb*, 426 S.C. 297, 314-15, 827 S.E.2d 148, 157 (2019) ("Neither *Graham*[1] nor the Eighth Amendment . . . currently prohibits the imposition of aggregate sentences for multiple offenses amounting to a *de facto* life sentence on a juvenile nonhomicide offender."); *State v. Finley*, 427 S.C. 419, 427, 831 S.E.2d 158, 162 (Ct. App. 2019) ("[A juvenile offender] is not entitled to resentencing pursuant to *Miller* and *Byars* . . . . [when his] sentence afforded [him] parole eligibility . . . .").

**AFFIRMED.**[2]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] *Graham v. Florida*, 560 U.S. 48 (2010).
[2] We decide this case without oral argument pursuant to Rule 215, SCACR.